■ In the Matter of PHILIP J. FRIED, Petitioner, v. VINCENT L. TOFANY, Respondent.— Proceeding dismissed on the merits and respondent's determination, dated January 4, 1974, confirmed, without costs. It should be noted that, in his verified petition, petitioner admits that his vehicle was involved in an accident. Martuscello, Acting P. J., Latham, Cohalan, Christ and Shapiro, JJ., concur.